

NOURSE & BOWLES, LLP
Attorneys for Defendant
SGL SHIPPING LIMITED
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200
jpare@nb-ny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CALDER SEACARRIER CORP., and
UNIVERSAL CARGO LINES S.A.,

       Plaintiffs,       07 CV 6520 (LAK)

- against -           **ORDER RELEASING**
                  **ATTACHMENTS**
VIKING MARINE S.A. and SINORICHES
GLOBAL LTD, a/k/a SGL SHIPPING
LIMITED and SGL SHIPPING LIMITED,

       Defendants.
-----------------------------------------------------------X

  WHEREAS plaintiffs' Calder Seacarrier Corp. and Universal Cargo Lines S.A. ("Plaintiffs") have filed suit in this case against Viking Marine S.A. ("Viking"), Sinoriches Global Ltd. a/k/a SGL Shipping Limited ("Sinoriches Global Ltd.") and SGL Shipping Limited ("SGL") and obtained orders of attachment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure;

  AND WHEREAS, pursuant to process of maritime attachment and garnishment issued in this case, the following funds of the following defendants are known to be restrained:

<u>Against SGL Funds:</u>
USD 568,118.32
Date: on or about 07/08/07
Blocked at the Bank of New York
Payer: SGL Shipping Ltd.
Beneficiary: Allied Maritime Inc.

USD 35,861.36
Date: Unknown
Blocked at JPMorgan Chase
Payer: Dept. of Fertilizer MO Chemical and Fertilizer
Beneficiary: SGL Shipping Ltd.

USD 81,041.22
Date: on or about 16/08/07
Believed to be blocked at Deutsche Bank
Payer: Steel Force Far East Ltd.
Beneficiary: SGL Shipping Ltd.

<u>Against Sinoriches Global Ltd. Funds:</u>
$1,054,826.72
JPMorgan Chase
Payer: SI Maritime Co. Ltd.
Beneficiary: Sinoriches Enterprises Co. Ltd.

WHEREAS Plaintiffs have consented to have the order for attachment issued by this Court vacated and any and all funds that may have been restrained by said order released,

IT IS NOW ORDERED AND ADJUDGED:

1. The following SGL funds are be released forthwith from attachment and forwarded pursuant to banking instructions that will be given to the garnishees holding same by the undersigned attorneys for SGL:

2

    USD 568,118.32
    Date: on or about 07/08/07
    Blocked at the Bank of New York

    USD 35,861.36
    Date: Unknown
    Blocked at JPMorgan Chase

    USD 81,041.22
    Date: on or about 16/08/07
    Believed to be blocked at Deutsche Bank

2. The following Sinoriches Global Ltd.'s funds are to be released forthwith from attachment and forwarded pursuant to instructions that will be provided by the undersigned attorneys for Sinoriches Global Ltd.:

    $1,054,826.72
    Blocked at JPMorgan Chase

3. All orders of attachment in this case are vacated and any and all attached funds, whether listed above or otherwise, are hereby released from attachment and this case is dismissed without costs by either party as against any other.

Dated: New York, New York
   November 12, 2009

                    *[signature]*
                    U.S.D.J.

3

We consent to the entry of the foregoing order:


MAHONEY & KEANE
Attorneys for Plaintiffs
Calder Seacarrier Corp. and Universal Cargo Lines S.A.

By: _____
Garth S. Wolfson, Esq.
11 Hanover Square
New York, NY 10006
(212) 385-1422

BENNETT, GIULIANO, MCDONNELL & PERRONE, LLP
Attorneys for Defendant
Sinoriches Global Ltd. a/k/a SGL Shipping Limited

By: _____
William R. Bennett, III
225 West 34th Street, Suite 403
New York, NY 10122
(646) 328-0120

NOURSE & BOWLES, LLP
Attorneys for Defendant
SGL Shipping Limited

By: _____
Armand M. Paré, Jr.
One Exchange Plaza
At 55 Broadway
New York, NY 10006
212-952-6200